**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

| | |
|---|---|
| JANE DOE 3, BY AND THROUGH HER LEGAL GUARDIAN PARENT, JANE ROE 3,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP., X.AI, LLC, AND X CORP.,<br><br>Defendants. | **CIVIL ACTION**<br>**5:26-cv-05193-TLB** |

**DEFENDANTS' OPPOSED MOTION FOR TEMPORARY STAY OF PROCEEDINGS PENDING JPML DECISION ON TRANSFER MOTION AND FOR EXPEDITED BRIEFING**

Defendants X.AI Corp., X.AI LLC, and X Corp. (collectively, "Defendants"), for their opposed motion for temporary stay of proceedings pending JPML decision on transfer motion and for expedited briefing, state:

1. Plaintiff Jane Doe 3 ("Plaintiff") filed her complaint on August 6, 2026. ECF No. 2.

2. On October 1, 2026, Plaintiff filed proofs of service, purporting to indicate that Defendants were served on September 30, 2026. ECF Nos. 12-14.

3. This action is one of at least 13 related federal lawsuits in which the plaintiffs claim that, by designing and releasing Grok—a generative artificial-intelligence model—Defendants bear responsibility for allegedly unlawful content generated by certain users on the Grok platform. Eight such cases are pending in this Court, and five others are pending in the Northern District of California (collectively, "Related Cases"). *See* Corrected Mem. in Support of Transfer Mot., *In*

*re: x.AI/Grok Artificial Intelligence Minor Sexual Exploitation Litig.*, MDL No. 3205, ECF No. 2 at 1.

4. On October 2, 2026, Plaintiff's counsel filed a motion for transfer of actions under 28 U.S.C. § 1407 for coordinated or consolidated pretrial pleadings with the Judicial Panel on Multidistrict Litigation ("JPML"). Transfer Mot., *In re: x.AI/Grok Artificial Intelligence Minor Sexual Exploitation Litig.*, MDL No. 3205, ECF No. 1. That motion seeks to transfer the Related Cases to this Court for coordinated or consolidated proceedings. *Id.*

5. On October 6, 2026, the JPML issued a briefing schedule that concludes on November 3, 2026. Not. of Filing & Publication of Briefing Schedule, *In re: x.AI/Grok Artificial Intelligence Minor Sexual Exploitation Litig.*, MDL No. 3205, ECF No. 5.

6. Defendants request an order staying the proceedings in this action until the JPML renders a decision on the transfer motion.

7. Defendants further request that the Court order expedited briefing on this motion. Defendants' current responsive pleading deadline is October 21, 2026, and, without expedited briefing, Plaintiff's response to this motion would be due on October 22, 2026. To ensure this motion is ripe for decision and to further judicial economy, Defendants request that the Court enter an order directing Plaintiff to file a response by October 13, 2026, and granting Defendants leave to file a reply by no later than October 15, 2026.

8. A brief is filed in support of this motion and incorporated by reference.

WHEREFORE, Defendants respectfully request that the Court grant their motion for stay, staying this proceeding until the JPML renders a decision on the transfer motion, and for an expedited briefing schedule.

Dated: October 8, 2026

Respectfully submitted,

By: /s/ Glenn Larkin

QUATTLEBAUM, GROOMS & TULL PLLC
John E. Tull III (84150)
Glenn Larkin (2020149)
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
Telephone: (501) 379-1700
Facsimile: (501) 379-1701
jtull@qgtlaw.com
glarkin@qgtlaw.com

*Counsel for SpaceX.AI Corp. (f/k/a X.AI Corp.), SpaceX.AI LLC (f/k/a X.AI LLC), and X Corp.*

**CERTIFICATE OF SERVICE**

I certify that on October 8, 2026, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide notice of such filing to all counsel of record.

/s/ Glenn Larkin
Glenn Larkin