**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

| | | |
|---|---|---|
| **JANE DOE 3, by and through her LEGAL GUARDIAN PARENT, JANE ROE 3** | | **PLAINTIFF** |
| **V.** | **5:26-CV-5193** | |
| **X.AI CORP.; X.AI, LLC; and X CORP.** | | **DEFENDANTS** |
| **JOHN DOE, by and through his LEGAL GUARDIAN PARENT, JOHN ROE 4** | | **PLAINTIFF** |
| **V.** | **5:26-CV-5204** | |
| **X.AI CORP.; X.AI, LLC; and X CORP.** | | **DEFENDANTS** |
| **JANE DOE 4, by and through her LEGAL GUARDIAN PARENT, JANE ROE 4** | | **PLAINTIFF** |
| **V.** | **5:26-CV-5218** | |
| **X.AI CORP.; X.AI, LLC; and X CORP.** | | **DEFENDANTS** |
| **JANE DOE 5, by and through her LEGAL GUARDIAN PARENTS, JOHN AND JANE ROE 5** | | **PLAINTIFF** |
| **V.** | **5:26-CV-5226** | |
| **X.AI CORP.; X.AI, LLC; and X CORP.** | | **DEFENDANTS** |
| **JANE DOE 1, by and through her LEGAL GUARDIAN PARENTS, JOHN AND JANE ROE** | | **PLAINTIFF** |
| **V.** | **5:26-CV-5241** | |
| **X.AI CORP.; X.AI, LLC; and X CORP.** | | **DEFENDANTS** |
| **JANE DOE 6, by and through her LEGAL GUARDIAN PARENTS, JOHN AND JANE ROE 5** | | **PLAINTIFF** |
| **V.** | **5:26-CV-5242** | |
| **X.AI CORP.; X.AI, LLC; and X CORP.** | | **DEFENDANTS** |

| | | |
|---|---|---|
| JANE DOE 2, by and through her<br>LEGAL GUARDIAN PARENTS,<br>JOHN ROE 2 AND JANE ROE 2 | | PLAINTIFF |
| V. | 5:26-CV-5291 | |
| X.AI CORP.; X.AI, LLC; X CORP.;<br>SPACEXAI LLC; SPACEXAI HOLDINGS, LLC;<br>X HOLDINGS CORP.; and<br>SPACE EXPLORATION TECHNOLOGIES CORP. | | DEFENDANTS |
| JANE DOE 1, a minor, by and through<br>her Next Friend JANE DOE 3;<br>JANE DOE 2, a minor, by and through<br>her Next Friend JANE DOE 3; and JANE DOE 3 | | PLAINTIFFS |
| V. | 5:26-CV-5231 | |
| X.AI CORP.; X.AI, LLC; and<br>DOE DEFENDANTS 1–25 | | DEFENDANTS |
| JANE DOE, a minor, by and through<br>her Next Friends JANE ROE AND JOHN ROE | | PLAINTIFF |
| V. | 5:26-CV-5232 | |
| X.AI CORP.; X.AI, LLC; and<br>DOE DEFENDANTS 1–25 | | DEFENDANTS |
| JANE DOE 5, a minor, by and through<br>her Next Friends JANE ROE 2 AND JOHN ROE 2 | | PLAINTIFF |
| V. | 5:26-CV-5314 | |
| X.AI CORP.; X.AI, LLC; and<br>DOE DEFENDANTS 1–25 | | DEFENDANTS |
| JANE DOE 7, by and through her<br>LEGAL GUARDIAN PARENTS,<br>JOHN ROE AND JANE ROE | | PLAINTIFF |
| V. | 5:26-CV-5325 | |
| X.AI CORP.; X.AI, LLC; X CORP.;<br>SPACEXAI LLC; SPACEXAI HOLDINGS, LLC;<br>X HOLDINGS CORP.; and<br>SPACE EXPLORATION TECHNOLOGIES CORP. | | DEFENDANTS |

## ORDER

On November 6, 2026, the Court held a status hearing in the eleven cases styled above. During the hearing, the Court discussed the parties' Joint Motion for Case Coordination and heard oral argument on the same. The consolidation of actions involving "common question[s] of law or fact" under Federal Rule of Civil Procedure 42(a) is vested in the Court's sound discretion. *See Enterprise Bank v. Saettele*, 21 F.3d 233, 235 (8th Cir. 1994). The purpose of consolidation is to "eliminate unnecessary repetition and confusion . . . without sacrifice of justice." *Devlin v. Transp. Commc'ns Int'l Union*, 175 F.3d 121, 130 (2d Cir. 1999) (internal quotations and citations omitted). It is evident that all cases captioned above involve the same Defendants, same causes of action, and similar facts; as a result, it is appropriate to consolidate them for all pretrial matters, including discovery and motion practice.

**IT IS THEREFORE ORDERED** that the Joint Motion for Case Coordination filed in the cases captioned above is **GRANTED**, and the Court hereby **CONSOLIDATES** Case Numbers 5:26-CV-5193, 5:26-CV-5204, 5:26-CV-5218, 5:26-CV-5226, 5:26-CV-5241, 5:26-CV-5242, 5:26-CV-5291, 5:26-CV-5231, 5:26-CV-5232, 5:26-CV-5314, and 5:26-CV-5325 for all pretrial purposes.

**IT IS FURTHER ORDERED** that Case Number **5:26-CV-5193** is designated the lead case, and all filings henceforth are to be made in that case alone. The caption for all documents filed in the consolidated case will be as follows:

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

IN RE X.AI LITIGATION

Consolidated Case
No. 5:26-CV-5193

Though all individual case dockets will remain open, the parties are advised that the Court intends to enter a consolidated initial scheduling order in the lead case. The entry of the initial scheduling order will open formal discovery, provide various dates and deadlines related to motions (as discussed in the parties' Joint Motion for Case Coordination), and set the date for the Rule 16 case management hearing. Unless the parties expressly agree otherwise, discovery taken in one case will be deemed to be taken in all cases; however, if certain discovery only applies to an individual case, the parties should clearly identify and explain why the discovery is confined to that case.

**IT IS FURTHER ORDERED** that the instant Order be filed in all eleven cases.

**IT IS SO ORDERED** on this 20th day of November, 2026.

TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE